AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Pryor Jr., William H | 2. Court or Organization United States Court of Appeals | 3. Date of Report 05/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge-Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 1729 Fifth Avenue North Suite 900 Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Adjunct Professor | University of Alabama School of Law |
| 2.   Board of Governors | Ave Marial School of Law |
| 3.   Board of Directors | Alabama Center for Law & Civic Education |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 15 A 9: 40 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor Jr., William H | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 8/16-12/31 | University of Alabama School of Law | $ 10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)* .

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Wilson, Price, Barranco, Blankenship & Billingsly, P.C. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Notre Dame Student Government Association | January 24 - 25, Notre Dame, IN, Lecture (Transportation, Meals and Lodging) |
| 2. | The Federalist Society | January 25, Chicago, IL, Northwestern University School of Law, Speaker (Transportation and Meals) |
| 3. | The Federalist Society | February 24-25, New York, NY, Columbia Law School, Keynote Speaker, 25th Annual Student Symposium (Transportation, Meals and Lodging) |
| 4. | Ave Maria School of Law | March 7-8, Ann Arbor, MI, Board of Gov's Meeting (Transportation, Meals and Lodging) |

5.   Saint Joseph's University                              April 26-27, 2006, Philadelphia, PA, Lecture (Transportation, Meals and Lodging)

6.   Ave Maria School of Law                              April 27-29, Ann Arbor, MI, Keynote Speaker, Ave Maria Law Review Banquet (Transportation, Meals and Lodging)

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor Jr., William H | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor Jr., William H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. RS GLOBAL NATURAL RESOURCES | A | Dividend | | | Sell | 09/22 | K | D | |
| 3. FIDELITY CANADA | A | Dividend | K | T | Buy | 09/29 | K | | |
| 4. IRA #2 | | | | | | | | | |
| 5. FIDELITY LEVERAGED COMPANY STOCK | B | Dividend | K | T | | | | | |
| 6. RS GLOBAL NATURAL RESOURCES | C | Dividend | | | Sell | 10/06 | L | D | |
| 7. ALLANCEVER INTL VALUE ADVISOR | B | Dividend | K | T | Buy | 10/13 | K | | |
| 8. ALLIANZ NFJ DIVIDEND VALUE FD CL D | A | Dividend | K | T | Buy | 10/13 | K | | |
| 9. DODGE & COX STOCK | B | Dividend | | | Sell | 05/03 | K | D | |
| 10. HENNESSY CORNERSTONE GROWTH CONF | A | Dividend | | | Buy | 05/22 | K | | |
| 11. HENNESSY CORNERSTONE GROWTH CONF | | | | | Sold | 10/05 | K | A | |
| 12. JANUS OVERSEAS | A | Dividend | K | T | Buy | 10/23 | K | | |
| 13. IRA #3 | | | | | | | | | |
| 14. FILDELITY LOW-PRICED STOCK | C | Dividend | K | T | | | | | |
| 15. IRA #4 | | | | | | | | | |
| 16. T ROWE PRICE EMERGING EURO & MEDITERRANEAN | B | Dividend | L | T | | | | | |
| 17. FIDELITY CONTRAFUND | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor Jr., William H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIDELITY LEVERAGED COMPANY STOCK | B | Dividend | K | T | | | | | |
| 19. T ROWE PRICE LATIN AMERICA FUND | A | Dividend | L | T | | | | | |
| 20. FIDELITY LOW-PRICED STOCK | A | Dividend | J | T | TRANSFERRED | 2/17 | | | |
| 21. IRA #5 | | | | | | | | | |
| 22. FIDELITY LOW-PRICED STOCK | B | Dividend | | | Sell | 03/20 | K | D | |
| 23. IRA #6 | | | | | | | | | |
| 24. FIDELITY LOW-PRICED STOCK | A | Dividend | | | TRANSFERRED | 2/17 | | | |
| 25. IRA #7 | | | | | | | | | |
| 26. T. ROWE PRICE LATIN AMERICA FUND56 | A | Dividend | J | T | | | | | |
| 27. US GLOBAL REGION EAST EUROPEAN | C | Dividend | K | T | Buy | 04/04 | K | | |
| 28. BROKERAGE ACCT #1 | | | | | | | | | |
| 29. BRIDGEWAY ULTRA SMALL CO MARKET | A | Dividend | | | Partial Sell | 07/18 | J | B | |
| 30. BRIDGEWAY ULTRA SMALL CO MARKET | | | | | Sell | 12/13 | J | C | |
| 31. FIDELITY SELECT ENERGY | A | Dividend | | | Buy | 07/31 | J | | |
| 32. FIDELITY SELECT ENERGY | | | | | Sell | 10/05 | J | A | |
| 33. T ROWE PRICE LATIN AMERICA FUND | A | Dividend | | | Buy | 10/18 | J | | |
| 34. T ROWE LATIN AMERICA FUND | A | Dividend | K | T | Buy | 12/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pryor Jr., William H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. THIRD AVENUE INTERNATIONAL VALUE | A | Dividend | J | T | | | | | |
| 36. BROKERAGE ACCT #2 | | | | | | | | | |
| 37. T ROWE PRICE EMERG EURO & MEDITERRANEAN | B | Dividend | K | T | | | | | |
| 38. T ROWE PRICE EMERG EURO & MEDITERRANEAN | | | | | Buy | 05/03 | J | | |
| 39. FIDELITY LEVERAGED COMPANY STOCK | B | Dividend | K | T | | | | | |
| 40. SECTION 401(K) PROFIT SHARING PLAN #1 | | | | | | | | | |
| 41. LORD ABBETT MID-CAP VALUE FUND CLASS C | B | Dividend | | | Partial sell | 02/08 | L | D | |
| 42. LORD ABBETT MID-CAP VALUE FUND CLASS C | | | | | Buy | 01/25 | J | | |
| 43. LORD ABBETT MID-CAP VALUE FUND CLASS C | | | | | Sell | 07/11 | J | A | |
| 44. PIONEER SMALL CAP VALUE FUND CLASS C | A | Dividend | | | Sell | 02/08 | J | B | |
| 45. SCUDDER DREMAN HIGH RETURN FUND CLASS C | A | Dividend | | | Sell | 02/08 | K | D | |
| 46. SCUDDER DREMAN HIGH RETURN FUND CLASS C | | | | | Buy | 01/25 | J | | |
| 47. SMITH BARNEY SMALL CAP VALUE FUND CLASS C | A | Dividend | | | Sell | 02/08 | J | B | |
| 48. DWS DREMAN HIGH RETURN FUND CLASS C | B | Dividend | K | T | Buy | 08/09 | K | | |
| 49. IVY ASSET STRATEGY CL Y | A | Dividend | K | T | Buy | 08/09 | K | | |
| 50. METZLER PAYDEN EURO EMERGING MKTS CL | B | Dividend | K | T | Buy | 08/09 | K | | |
| 51. FIDELITY INTL DISCOVERY | B | Dividend | K | T | Buy | 09/05 | K | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor Jr., William H | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   FIDELITY CASH RESERVES | A | Dividend | J | T | Buy | 07/17 | M | | |
| 53.   FIDELITY CASH RESERVES | | | | | Sell | 08/09 | M | | |
| 54.   COMPASS BANK | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $5,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor Jr., William H | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part IV. Reimbursements.

7. American Enterprise Institute, August 7, Washington, DC, Moderator, Book Forum
   (Transportation and Meals)

8. Federalist Society 2006 National Lawyers Convention, November 16-17, 2006, Washington, DC, Moderator of Panel Discussion
   (Transportation, Meals and Lodging)

9. University of Alabama School of Law, August 9--December 7, Tuscaloosa, AL, Reimbursement of Mileage

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date____5 | 10 | 07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544